2014-1251

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

HOME MERIDIAN INTERNATIONAL, INC., DBA Samuel Lawrence Furniture Co., DBA Pulaski Furniture Company, GREAT RICH (HK) ENTERPRISES CO., LTD., DONGGUAN LIAOBUSHANGDUN HUADA FURNITURE FACTORY, NANHAI BAIYI WOODWORK CO., LTD., DALIAN HUAFENG FURNITURE GROUP CO., LTD.,

Plaintiffs – Appellees

v.

UNITED STATES,

Defendant

v.

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants – Appellants

---

Appeal from the United States Court of International Trade in consolidated case no. 11-00325, Judge Jane A. Restani

---

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS BY PLAINTIFFS-APPELLEES HOME MERIDIAN INTERNATIONAL, INC., DBA SAMUEL LAWRENCE FURNITURE CO., AND PULASKI FURNITURE COMPANY; GREAT RICH (HK) ENTERPRISES CO., LTD. AND DONGGUAN LIAOBUSHANGDUN HUADA FURNITURE FACTORY**

Pursuant to Federal Circuit Rule 26(b) and Federal Circuit Rule 27, Plaintiff-Appellees Home Meridian International, Inc. d/b/a Samuel Lawrence Furniture Co. and Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and

Dongguan Liaobushangdun Huada Furniture Factory (collectively "Home Meridian et al.") respectfully move for an extension of time of twenty-nine (29) days until June 6, 2014 for all appellees to file their respective response briefs, currently due May 8, 2014. This is Home Meridian et al.'s first extension request. A declaration setting forth the reasons in support of this motion for extension is attached as required by Fed. Cir. R. 26(b)(5). All parties consent to this motion.

Defendant, the United States, informed the Court on April 4, 2014 that it would not be filing a response brief or participating in oral argument in this case. The Court subsequently removed the United States from the official caption as an appellee. Good cause exists to grant the extension of time of 29 days until June 6, 2014 for the appellees to file their response briefs in light of the fact that the United States will not be participating in the matter on appeal and counsel for Home Meridian et al. and the other appellees require sufficient time to fully brief their position without the benefit of the government's own arguments in this case, and in light of additional matters being handled by counsel for Home Meridian et al. Home Meridian et al. respectfully requests that the Court apply the requested extension to the response brief deadline for the other appellees in this case as well.

Counsel for Home Meridian et al. has informed all current parties to this case that it intends to seek an extension.[1] Counsel for the Appellants, the American Furniture Manufacturers Committee for Legal Trade et al., J. Michael Taylor, consented to the extension on April 17, 2014. Counsel for Appellee Dalian Huafeng Furniture Group Co., Ltd., Ron Wisla, consented via email on April 16, 2014. Counsel for Appellee, Nanhai Baiyi Woodwork Co., Ltd., Bruce Mitchell, consented on April 17, 2014.

For the forgoing reasons, Home Meridian et al. respectfully requests that the Court grant this consent motion for an extension of 29 days until June 6, 2014 for all parties to file their respective response briefs.

                                                  Respectfully submitted,

| April 18, 2014 | /s/ Jill A. Cramer |
| --- | --- |
| Date | Kristin H. Mowry |
| | Jeffrey S. Grimson |
| | Jill A. Cramer |
| | MOWRY & GRIMSON, PLLC |
| | 5335 Wisconsin Ave., NW, Ste. 810 |
| | Washington, DC 20015 |
| | (202) 688-3610 |
| | *Counsel to Home Meridian International, Inc., DBA Samuel Lawrence Furniture Co., Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory* |

---

[1] Because the United States is no longer participating in this appeal, counsel for Home Meridian et al. did not consult with counsel for the government.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

HOME MERIDIAN INTERNATIONAL v. US
No. 14-1251

**AMENDED CERTIFICATE OF INTEREST**

Counsel for Plaintiffs-Appellees Home Meridian International, Inc. d/b/a Samuel Lawrence Furniture Co. and Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Home Meridian International, Inc. d/b/a Samuel Lawrence Furniture Co. and Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Home Meridian International, Inc.; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory are the real parties in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Mowry & Grimson, PLLC (Kristin H. Mowry, Jeffrey S. Grimson, Jill A. Cramer, Susan Lehman Brooks, Sarah M. Wyss, Rebecca M. Janz, Daniel Wilson).

| | |
|---|---|
| April 18, 2014 | /s/ Jill A. Cramer |
| Date | Signature of counsel |
| | |
| | Jill A. Cramer |
| | Printed name of counsel |

## DECLARATION OF JILL A. CRAMER IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS

I, Jill A. Cramer, hereby declare:

1. I am a partner in the law firm of Mowry & Grimson, PLLC.

2. I am an attorney of record for Plaintiffs-Appellees Home Meridian International, Inc. d/b/a Samuel Lawrence Furniture Co. and Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory (collectively "Home Meridian et al.") in the matter <u>Home Meridian Intl., Inc. v. United States</u>, Ct. No. 2014-1251.

3. Home Meridian et al. request an extension of the deadline for all parties to file their respective response briefs of 29 days until June 6, 2014.

4. Home Meridian et al.'s response brief is currently due May 8, 2014.

5. Defendant-Appellee, the United States, informed the Court on April 4, 2014 that it would not be filing a response brief or participating at oral argument in this case.

6. Good cause exists to grant the extension of time of 29 days until June 6, 2014 for all parties to file their response briefs in light of the fact that the United States will not be participating in the matter on appeal and counsel for appellees require sufficient time to fully brief their positions without the benefit of the

government's own arguments in this case, and in light of additional matters being handled by counsel for Home Meridian et al.

7. All parties consent to this motion. This is Home Meridian et al.'s first extension request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>April 18, 2014</u>         <u>/s/ Jill A. Cramer</u>
               Date                      Jill A. Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
202-688-3610 (ph)
jac@mowrygrimson.com

*Counsel to Home Meridian International, Inc., DBA Samuel Lawrence Furniture Co., Pulaski Furniture Company; and Great Rich (HK) Enterprises Co., Ltd. and Dongguan Liaobushangdun Huada Furniture Factory*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2014, a copy of the foregoing was served on the following parties via electronic notice of docket activity:

**VIA CM/ECF:**

**Counsel for Appellant:**
J. Michael Taylor, Esq.
King & Spalding, LLP
1700 Pennsylvania Avenue, NW.
Suite 200
Washington, DC 20006-4706
(202) 626-2385
Email: jmtaylor@kslaw.com

**Counsel for Defendant:**
Carrie Dunsmore, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-5196
Email: carrie.dunsmore@usdoj.gov

**Counsel for Nanhai Baiyi Woodwork Co., Ltd.:**
Bruce Mitchell, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
399 Park Avenue
25th Floor
New York, NY 10022
(212) 557-4000
Email: bmitchell@gdlsk.com

**Counsel for Dalian Huafeng Furniture Group Co., Ltd.**
Liz Levinson Esq.
KUTAK ROCK LLP
1101 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Tel: (202) 828- 2339
Email: ronald.wisla@kuktakrock.com

/s/ Jill A. Cramer
Jill A. Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, DC 20015
202-688-3610 (ph)
jac@mowrygrimson.com