NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOME MERIDIAN INTERNATIONAL, INC., DBA Samuel Lawrence Furniture Co., DBA Pulaski Furniture Company, GREAT RICH (HK) ENTERPRISES CO., LTD., DONGGUAN LIAOBUSHANGDUN HUADA FURNITURE FACTORY, NANHAI BAIYI WOODWORK CO., LTD., DALIAN HUAFENG FURNITURE GROUP CO., LTD.,**
*Plaintiffs – Appellees,*

v.

**UNITED STATES,**
*Defendant,*

and

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants – Appellants.*

---

14-1251

---

Appeal from the United States Court of International Trade in Nos. 1:11-cv-00325-JAR, 1:11-cv-00326-JAR, 1:11-cv-00356-JAR, 1:11-cv-00360-JAR, and 1:11-cv-00365-JAR, Judge Jane A. Restani.

ON MOTION

O R D E R

Upon consideration of the appellees' unopposed motion to extend time to file their principal brief until June 06, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 18, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court